IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD OTTO HANSEN,** | CASE NO. 8:08CV428 |
| **Plaintiff,** | |
| v. | **MEMORANDUM AND ORDER** |
| **TIMOTHY SCHMIDT, in his official capacity as the County and District Attorney of Nuckolls County, Nebraska,** | |
| **Defendant.** | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 3). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge